# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,         )<br>                                                  )<br>            Plaintiff,               )<br>                                                  )<br>    vs.                                      )<br>                                                  )<br> Andre Jamaal-Thomas Hargrave, )<br>                                                  )<br>            Defendant.             ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:24-cr-00045 |

The undersigned shall hold a pretrial status conference with counsel by telephone on May 16, 2024, at 2:00 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 12th day of April, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court