**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER QUASHING WARRANT** |
| | ) | **AND DIRECTING ISSUANCE OF** |
| v. | ) | **SUMMONS** |
| | ) | |
| Andre Jamaal-Thomas Hargrave, | ) | Case No.: 1:24-cr-00045 |
| | ) | |
| Defendant. | ) | |

Defendant was ordered conditionally released on April 18, 2024. (Doc. No. 19). On April 20, 2026, a petition was filed alleging Defendant violated his conditions of release, and a warrant was issued. (Doc. Nos. 47, 48).

In further consultation with United States Probation and Pretrial Services, the court now directs the warrant be **QUASHED** and a summons issued.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court